FRANCIS T. BURKE, as Administrator of the Estate of TERRENCE BURKE, Deceased, et al., Respondents, v. CITY OF NEW YORK et al., Appellants.

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.